UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CAROLYN RICHARDSON,**

    **Plaintiff,**

                                        Case No. 04-71902

**v.**

                                        HONORABLE DENISE PAGE HOOD

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____/

## **JUDGMENT**

    In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

    Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

Approved:                                        By: s/ Wm. F. LEWIS
                                                          Deputy Clerk


 s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: September 27, 2005


Detroit, Michigan